**No. 11-6708. Fatemeh Najafian, Petitioner v. Capital One N.A., et al.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8777, ■

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 191.

**No. 11-6710. Roscoe Medious, Petitioner v. Robert Tanner, Warden.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8712.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6713. Anthony Cobb, Petitioner v. Florida.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8769.

December 5, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District denied.

Same case below, 63 So. 3d 771.

**No. 11-6715. Kalvien Davis, Petitioner v. Michigan.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8676.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 11-6717. Mark Marvin, Petitioner v. Orange County Department of Social Services.**

565 U.S. 1082, 132 S. Ct. 837, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8810.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 849, 947 N.E.2d 156.

**No. 11-6718. Anthony B. Juniper, Petitioner v. Loretta K. Kelly, Warden.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8795.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 281 Va. 277, 707 S.E.2d 290.

**No. 11-6719. Quinn Aaron Klein, Petitioner v. Eric Franklin, Warden.**

565 U.S. 1082, 132 S. Ct. 822, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8815.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 437 Fed. Appx. 681.

**No. 11-6720. Cedric Kenyotta Rowe, Petitioner v. Catherine S. Bauman, Warden.**

565 U.S. 1083, 132 S. Ct. 823, 181 L. Ed. 2d 532, 2011 U.S. LEXIS 8798.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.